UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ATANACIO BAILON, *et al.*,

    Plaintiffs,

v.

SEOK AM#1 CORP, *et al.*,

    Defendants.

CASE NO. C09-05483JRC

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

Before the court is an agreed motion to continue the trial date in this matter. Doc. 24. After reviewing the record the court finds and orders the following:

1. The motion is GRANTED. The parties have entered into a settlement agreement contingent on defendants' ability to obtain financing and Defendant Min has recently undergone medical surgery. Plaintiffs have agreed to provide defendants 60 to 105 days to obtain the financing without pursuing further discovery.

2. If necessary, trial will be rescheduled in October 2010. The current pretrial deadlines and schedule are stricken.

ORDER - 1

3. If a stipulated dismissal is not received sooner, the parties shall file a status report with the court no later than **June 14, 2010,** which includes a proposed pretrial schedule to complete preparation for trial.

Dated this 2nd day of March, 2010.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge