UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTONIO BAILON, *et al.,*

              Plaintiffs,

      v.

SEOK AM#1 CORP, *et al.,*

              Defendants.

CASE NO.  C09-05483JRC

ORDER DISMISSING SEOK AM#1 WITH PREJUDICE AND ADMINISTRATIVELY CLOSING THE FILE

THIS MATTER having come before the Court on the parties' agreed motion to dismiss and the Court having duly considered the materials presented by the parties, including the Stipulated Motion re: Dismissal (Dkt.#28), the Stipulated Motion Schmitt Declaration in Support of Stipulated Motion Re Dismissal (Dkt#29), and Exhibit A attached thereto (Dkt#30), hereby orders as follows:

    1.    The action is dismissed with prejudice as to Defendant Seok AM#1 Corporation d/b/a Wok Teriyaki II.

//

//

ORDER - 1

2.      The Court retains jurisdiction for the sole purpose of enforcing the settlement

agreement as to the remaining defendants, if such enforcement becomes

necessary, but otherwise orders the Clerk to administratively close the file.

Dated this 12th day of August, 2010.


J. Richard Creatura
United States Magistrate Judge

ORDER - 2