# United States District Court

WESTERN DISTRICT OF WASHINGTON

ATANACIO BAILON, et al.,
        Plaintiffs,

v.

SEOK AM #1 CORP, et al.,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5483JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Court GRANTS parties' Stipulated Motion to Dismiss with prejudice as to Defendant Seok AM #1 Corporation d/b/a Wok Teriyaki II. Court retains jurisdiction for the sole purpose of enforcing the settlement agreement as to the remaining defendants, if such enforcement becomes necessary.**

October 29, 2010
Date

WILLIAM M MCCOOL
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk